No. 72–6273. BOYD *v.* NEW MEXICO, 411 U. S. 937; and

No. 72–6409. HAWKINS *v.* HAWKINS, 411 U. S. 971. Petitions for rehearing denied.

No. 71–6873. NEELY *v.* FIELD, U. S. DISTRICT JUDGE, ET AL., 409 U. S. 871, 1050, and 410 U. S. 917. Motion for leave to file third petition for rehearing denied.

No. 72–1294. WASHINGTON KELPERS ASSN. *v.* WASHINGTON ET AL., 411 U. S. 982. Motion to dispense with printing petition for rehearing granted. Petition for rehearing denied.

JUNE 4, 1973

No. 72–745. RYAN *v.* KLEIN ET AL. Affirmed on appeal from D. C. E. D. N. Y.

No. 72–943. FISHER, COMMISSIONER, DEPARTMENT OF HEALTH AND WELFARE OF MAINE, ET AL. *v.* GRAVES ET AL. Appeal from D. C. Me. Motion of appellees for leave to proceed *in forma pauperis* granted. Judgment affirmed.

No. 72–1251. STANDARD OIL COMPANY OF CALIFORNIA *v.* UNITED STATES. Affirmed on appeal from D. C. N. D. Cal. MR. JUSTICE WHITE took no part in the consideration or decision of this appeal.

No. 72–1406. OLDROYD ET AL. *v.* KUGLER, ATTORNEY GENERAL OF NEW JERSEY, ET AL. Affirmed on appeal from D. C. N. J. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 72–1408. CARLESON, DIRECTOR, DEPARTMENT OF SOCIAL WELFARE *v.* YEE-LITT ET AL. Appeal from D. C. N. D. Cal. Motion of appellees for leave to proceed *in*